AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED IN CLERK'S OFFICE
2005 FEB -7 P 2: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

H.D. YORSTON, On Behalf of Himself and
All Others Similarly Situated,

V.

EPIX PHARMACEUTICALS, INC. MICHAEL
D. WEBB, PEYTON J. MARSHALL and
ANDREW UPRICHARD, JR.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 CV 10166 PBS**

TO: (Name and address of Defendant)

Michael D. Webb
% EPIX Pharmaceuticals, Inc.
161 First Street
Cambridge, MA 02142

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Theodore Hess-Mahan
Shapiro Haber & Urmy LLP
53 State Street
Boston, Massachusetts 02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                                    1/27/2005

CLERK                                           DATE

(By) DEPUTY CLERK

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE  JANUARY 31, 2005 at 12:51 p.m. |
| NAME OF SERVER *(PRINT)*  DAVID G. BEDUGNIS, SR. | TITLE  CONSTABLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify):  BY GIVING SAID COPIES IN HAND TO ALAN CARPENTER, V.P., LEGAL AND GOVERNMENT AFFAIRS, AT EPIX PHARMACEUTICALS, INC. SAID SERVICE WAS MADE AT 161 FIRST STREET, CAMBRIDGE, MASSACHUSETTS. SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   1/31/2005
                   Date

Signature of Server
DAVID G. BEDUGNIS, SR., CONSTABLE

Address of Server

[Handwritten on right margin: MICHAEL WEBB / EPIX PHARMACEUTICALS / 161 FIRST ST. / CAMBRIDGE, INC]

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.