UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -8 P 1:07

U.S. DISTRICT COURT
DISTRICT OF MASS.

H.D. YORSTON, On Behalf of Himself and
All Others Similarly Situated,

                Plaintiff,

v.

EPIX PHARMACEUTICALS, INC.,
MICHAEL D. WEBB, PEYTON J.
MARSHALL AND ANDREW UPRICHARD,

                Defendants.

Civil Action
No. 1:05-cv-10166-PBS

## JOINT STIPULATION AND ORDER
## EXTENDING TIME TO RESPOND TO COMPLAINT

The parties hereto, by and through their counsel, hereby stipulate and agree to extend the time within which defendants must answer, move or otherwise respond to the complaint in this action until forty-five (45) days after the <u>later</u> of: (a) the Court's selection of a lead plaintiff pursuant to § 21D(a)(3) of the Securities Exchange Act of 1934 (15 U.S.C. §§ 78a, <u>et seq.</u>), or (b) the date on which a consolidated amended complaint, if any, is served upon the defendants, either pursuant to a Court Order issued in connection with the selection of a lead plaintiff or otherwise.

The parties hereby also stipulate that a Consolidated Amended Complaint shall be filed by plaintiffs within forty-five (45) days after entry of a Court Order appointing lead plaintiff.

In addition, the parties hereby stipulate that plaintiff's Opposition to defendants' Motion to Dismiss ("Opposition") shall be filed within forty-five (45) days after defendants' filing of such Motion to Dismiss, and defendants shall have thirty (30) days from the filing of plaintiff's Opposition to file any Reply to such Opposition.

The parties jointly respectfully request that the Court approve the foregoing stipulation.

Dated: February 7, 2005                                    Respectfully submitted,

_____                                  _____
Thomas G. Shapiro (BBO #454680)                            John F. Sylvia (BBO #555581)
Theodore M. Hess-Mahan (BBO# 557109)                       Adam L. Sisitsky (BBO #637532)
SHAPIRO HABER & URMY LLP                                   MINTZ, LEVIN, COHN, FERRIS,
53 State Street                                              GLOSKY AN POPEO, P.C.
Boston, MA 02109                                           One Financial Center
(617) 439-3939                                             Boston, MA 02111
                                                           (617) 542-6000
Samuel H. Rudman
David A. Rosenfeld                                         Counsel for Defendants
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
200 Broadhollow Road, Suite 406
Melville, NY 11747
(631) 367-7100

William S. Lerach
Darren J. Robbins
LERACH COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
401 B Street, Suite 1600
San Diego, CA 92101-4297
(619) 231-1058

Counsel for Plaintiff


SO ORDERED this ____ Day of _____, 2005.


                                                           _____
                                                           Honorable Patti B. Saris
                                                           United States District Judge


LIT 1502895v1

2