UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.D. YORSTON, On Behalf of Himself and All Others Similarly Situated,<br><br>                 Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>                 Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-CV-10166 PBS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Theodore M. Hess-Mahan of the law firm of Shapiro Haber & Urmy LLP, Exchange Place, 53 State Street, Boston, Massachusetts 02109, (617) 439-3939, as counsel for Plaintiff in the above-captioned matter.

Dated: February 14, 2005                 Respectfully submitted,

                                                   **/s/Theodore M. Hess-Mahan**
                                                     Theodore M. Hess-Mahan BBO #557109
                                                     Shapiro Haber & Urmy LLP
                                                     Exchange Place
                                                     53 State Street
                                                     Boston, MA 02109
                                                     (617) 439-3939

                                                     Attorneys for Plaintiff