UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.D. YORSTON, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 05-CV-10166-PBS<br><br><u>CLASS ACTION</u> |
| ROBERT GREENE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 05-CV-10194-WGY<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF WITHDRAWAL OF MOTION TO APPOINT ALASKA ELECTRICAL PENSION FUND AS LEAD PLAINTIFF, TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED CASES

| | |
|---|---|
| JOHN C. JOHNSON JR. DEFINED BENEFIT PENSION PLAN, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 05-CV-10272-GAO<br><br>CLASS ACTION |
| DORAVILLE MANAGEMENT II CORP. by DONALD RAMIREZ, PRESIDENT, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 05-CV-10288-PBS<br><br>CLASS ACTION |
| STANLEY A. KIM, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>Defendants. | No. 05-CV-10315-PBS<br><br>CLASS ACTION |

[Caption continued on following page.]

| | |
|---|---|
| YALE TOLWIN, On Behalf of Himself and All Others Similarly Situated, ) | No. 05-CV-10388-PBS |
| ) | |
| ) | CLASS ACTION |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EPIX PHARMACEUTICALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |
| SANDRA V. BIESTERFELDT, et al., On Behalf of Themselves and All Persons Similarly Situated, ) | No. 05-CV-10559-PBS |
| ) | |
| ) | CLASS ACTION |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| EPIX PHARMACEUTICALS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that Alaska Electrical Pension Fund hereby withdraws its motion to be appointed as lead plaintiff and for approval of lead plaintiff's choice of lead counsel originally filed with this Court on March 28, 2005.

DATED: April 11, 2005                         SHAPIRO HABER & URMY LLP

                                              /s/ Theodore M. Hess-Mahan
                                              THOMAS G. SHAPIRO (BBO #454680)
                                              THEODORE M. HESS-MAHAN (BBO #557109)
                                              53 State Street
                                              Boston, MA  02109
                                              Telephone:  617/439-3939
                                              617/439-0134 (fax)

                                              [Proposed] Liaison Counsel

                                              LERACH COUGHLIN STOIA GELLER
                                                RUDMAN & ROBBINS LLP
                                              WILLIAM S. LERACH
                                              LAURA M. ANDRACCHIO
                                              UDOKA NWANNA
                                              401 B Street, Suite 1600
                                              San Diego, CA  92101
                                              Telephone:  619/231-1058
                                              619/231-7423 (fax)

                                              [Proposed] Lead Counsel for Plaintiffs

S:\CasesSD\Epix Pharm\NOT00020058.doc

DECLARATION OF SERVICE BY MAIL

I, the undersigned, declare:

1. That declarant is and was, at all times herein mentioned, a citizen of the United States and a resident of the County of San Diego, over the age of 18 years, and not a party to or interested party in the within action; that declarant's business address is 401 B Street, Suite 1600, San Diego, California 92101.

2. That on April 11, 2005, declarant served the **NOTICE OF WITHDRAWAL OF MOTION TO APPOINT ALASKA ELECTRICAL PENSION FUND AS LEAD PLAINTIFF, TO APPROVE LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL AND TO CONSOLIDATE RELATED CASES** by depositing a true copy thereof in a United States mailbox at San Diego, California in a sealed envelope with postage thereon fully prepaid and addressed to the parties listed on the attached Service List.

3. That there is a regular communication by mail between the place of mailing and the places so addressed.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 11, 2005, at San Diego, California.

*/s/ Diana L. Houck*
DIANA L. HOUCK