UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.D. YORSTON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>Defendants. | Civil Action No. 1:05-CV-10166 (PBS) |
| ROBERT GREENE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>Defendants. | Civil Action No. 1:05-CV-10194 (WGY) |

[Captions continued on next page]

**NOTICE OF NON-OPPOSITION**

| | |
|---|---|
| JOHN C. JOHNSON, JR., JOHN C. JOHNSON JR. TARGET BENEFIT PENSION, JEFFREY S. JOHNSON, and JOHN C. JOHNSON JR. DEFINED BENEFIT PENSION PLAN, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>     Defendants. | Civil Action No. 1:05-CV-10272 (GAO) |
| DORAVILLE MANAGEMENT II CORP., BY DONALD RAMIREZ, PRESIDENT, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br><br>  v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD,<br><br>     Defendants. | Civil Action No. 1:05-CV-10288 (PBS) |

[Captions continued on next page]

| | |
|---|---|
| STANLEY A. KIM, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-10315 (PBS) |
| YALE TOLWIN, on behalf of himself and all persons similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL, and ANDREW UPRICHARD, )<br>)<br>Defendants. ) | Civil Action No. 1:05-CV-10388 (PBS) |

EPIX Pharmaceuticals, Inc. (f/k/a EPIX Medical, Inc.) (collectively referred to as "EPIX") institutional investor Oklahoma Firefighters Pension & Retirement System ("Oklahoma Firefighters") respectfully submits this notice of non-opposition to the motion of Disciplined Growth Investors, Inc. and Compass Investors Limited Partnership (the "Disciplined Growth Investors Group") for appointment as lead plaintiff and approval of its selection of lead and liaison counsel.

On March 28, 2005, alleging losses of approximately $758,752.39 in connection with its purchases of EPIX securities during the Class Period, Oklahoma Firefighters filed a motion for consolidation of the related actions, appointment as lead plaintiff and approval of its selection of lead and liaison counsel pursuant to Section 21D(a)(3)(B) fo the Securities Exchange Act of 1934, as amended by the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3(B).  On the same date, several competing motions for appointment as lead plaintiff were also filed.[1]

The PSLRA requires the Court to appoint as lead plaintiff the movant that has the "largest financial interest in the relief sought by the class" and otherwise meets the typicality and adequacy requirements of Fed. R. Civ. P. 23 ("Rule 23").  15 U.S.C. § 78u-4(a)(3)(B)(iii)(I). Here, Disciplined Growth Investors Group, with losses of approximately $1,828,599, appears to be the "most adequate plaintiff," as it is the movant with the largest financial interest in the relief

---

[1] Competing motions were filed by: the Disciplined Growth Investors Group; Alaska Electrical Pension Fund; and Yale Tolwin, Walter J. Swindell, Douglas S. and Catherine M. Piper, Peter Kersloot, Rod Rogers, James E. Kohl and Mary M. and Scott Weber (the "Tolwin Group").

sought by the Class and appears adequate and typical pursuant to Rule 23. 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb). For these reasons, Oklahoma Firefighters does not oppose Disciplined Growth Investors Group's motion for appointment as lead plaintiff. However, should the Court reject the motion of Disciplined Growth Investors Group for any reason, Oklahoma Firefighters, remain ready, willing and able to serve as lead plaintiff.

Dated: April 11, 2005

        Respectfully submitted,

        **GILMAN & PASTOR, LLP**

By:   /s/ David Pastor
      David Pastor (BBO# 391000)
      Stonehill Corporate Center
      999 Broadway, Suite 01906
      Saugus, MA 01906
      Telephone:   (781) 231-7851
      Facsimile:   (781) 231-7840

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Sean M. Handler
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056

**Proposed Lead Counsel**