UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY A. KIM, On Behalf of Himself and All Others Similarly Situated,<br><br>                Plaintiff,<br><br>v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL AND ANDREW UPRICHARD,<br><br>                Defendants. | Civil Action<br>No. 1:05-cv-10315-PBS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF COURT:

      Attorney John F. Sylvia of the law firm Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C. hereby enters his appearance as counsel for defendants Epix Pharmaceuticals, Inc., Michael D. Webb, Peyton J. Marshall and Andrew Uprichard, in the above referenced action.

| | |
|---|---|
| Dated: April 15, 2005 | Respectfully submitted,<br><br>/s/ John F. Sylvia<br>John F. Sylvia (BBO #555581)<br>Adam L. Sisitsky (BBO #637532)<br>MINTZ, LEVIN, COHN, FERRIS,<br> GLOSKY AN POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 542-6000<br><br>Counsel for Defendants |

LIT 1515572v1