UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.D. YORSTON, on Behalf of Himself and All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>        Defendants. | No. 1:05-cv-10166-PBS |
| ROBERT GREENE, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., formerly known as EPIX Medical, Inc., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>        Defendants. | No. 1:05-cv-10194-WGY |

*[Captions Continue on Following Page]*


**THE DISCIPLINED GROWTH INVESTORS GROUP UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO BE APPOINTED LEAD PLAINTIFF AND IN OPPOSITION TO THE TOLWIN GROUP'S COMPETING REPLY MEMORANDUM AND ALTERNATE MOTION TO STRIKE THE TOLWIN GROUP'S COMPETING REPLY MEMORANDUM**

| | |
|---|---|
| JOHN C. JOHNSON JR., JOHN C. JOHNSON JR. TARGET BENEFIT PENSION, JEFFREY S. JOHNSON and JOHN C. JOHNSON JR. DEFINED BENEFIT PENSION PLAN, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>EPIX PHARMACEUTICALS, INC., formerly known as EPIX Medical, Inc., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>                    Defendants. | No. 1:05-cv-10272-GAO |
| DORAVILLE MANAGEMENT II CORP. by Donald Ramirez, President on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>                    Defendants. | No. 1:05-cv-10288-PBS |

*[Captions Continue on Following Page]*

| | |
|---|---|
| STANLEY A. KIM, On Behalf of Himself and Others Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>      Defendants. | No. 1:05-cv-10315-PBS |
| YALE TOLWIN, on Behalf of Himself and All Persons Similarly Situated,<br><br>      Plaintiff,<br><br>    v.<br><br>EPIX PHARMACEUTICALS, INC., MICHAEL D. WEBB, PEYTON J. MARSHALL and ANDREW UPRICHARD,<br><br>      Defendants. | No. 1:05-cv-10388-PBS |

  Movant the Disciplined Growth Investors Group ("DGI" or "Movant") respectfully seeks leave from the court to file its Reply Memorandum in Support of its Motion to Be Appointed Lead Plaintiff and in Opposition to the Tolwin Group's Competing Reply Memorandum and Alternate Motion to Strike the Tolwin Group's Competing Reply Memorandum (the "DGI Reply"), which is appended hereto. For the first time in its Reply Memorandum in Support of the Motion of the Tolwin Group for Consolidation of Related Cases, Appointment as Lead Plaintiff and Approval of Selection of Co-Lead Counsel ("Tolwin Reply"), filed with the Court April 11, 2005, the Tolwin Group seeks appointment as

1

a co-lead plaintiff, rather than as a sole lead plaintiff.  Because the Tolwin Group did not seek such relief in its original lead plaintiff motion, DGI has not had occasion to specifically address the propriety of this request.  Accordingly, DGI seeks leave to respond to the Tolwin Group's new arguments in support of its appointment as a co-lead plaintiff.  As set forth in the DGI Reply, this request cannot be reconciled with either the lead plaintiff procedures set forth in the Private Securities Litigation Reform Act of 1995 ("PSLRA") and should therefore be rejected.

Alternatively, DGI prays that the Court strike the Tolwin Reply because it impermissibly first seeks appointment as a co-lead plaintiff in its reply brief.

Respectfully submitted,

Dated: April 20, 2005            **MOULTON & GANS, P.C.**

_____

 Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109
Telephone:     (617) 369-7979
Facsimile:     (671) 369-7980

*Proposed Liaison Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Michael Goldberg
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160

*Proposed Lead Counsel*

2

**BRENNAN MANNA & DIAMOND LLC**
Frank A. Lettieri
75 E. Market Street
Akron, Ohio 44308
Telephone:      (330) 255-1155
Facsimile:      (330) 255-1156

**MURRAY, FRANK & SAILER LLP**
Eric J. Belfi
275 Madison Avenue, 8th Floor
New York, New York 10016
Telephone:      (212) 682-1818
Facsimile:      (212) 682-1892

*Counsel for Plaintiffs*


### LOCAL RULE 7.1(A)(2) CERTIFICATE

I, Nancy Freeman Gans, hereby certify that on April 19, 2005, I spoke with David Pastor, Esquire, Gilman & Pastor, LLP, counsel for The Tolwin Group and The Oklahoma Firefighters Pension & Retirement System, regarding the within Motion. Mr. Pastor does not oppose the within Motion..


/s/ Nancy Freeman Gans
Nancy Freeman Gans


### CERTIFICATE OF SERVICE

I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon the attorney of record for each party on April 20, 2005.


/s/ Nancy Freeman Gans
Nancy Freeman Gans