UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| H.D. YORSTON, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | No. 05-CV-10166-PBS<br><br><u>CLASS ACTION</u> |
| ROBERT GREENE, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>    Defendants. | No. 05-CV-10194-WGY<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

NOTICE OF CHANGE OF FIRM ADDRESS

| | |
|---|---|
| JOHN C. JOHNSON JR. DEFINED BENEFIT PENSION PLAN, et al., Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　Defendants. | No. 05-CV-10272-GAO<br><br><u>CLASS ACTION</u> |
| DORAVILLE MANAGEMENT II CORP. by DONALD RAMIREZ, PRESIDENT, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　Defendants. | No. 05-CV-10288-PBS<br><br><u>CLASS ACTION</u> |
| STANLEY A. KIM, On Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>　　　　　　　Defendants. | No. 05-CV-10315-PBS<br><br><u>CLASS ACTION</u> |

[Caption continued on following page.]

| | |
|---|---|
| YALE TOLWIN, On Behalf of Himself and All Others Similarly Situated,<br><br>                  Plaintiff,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>                  Defendants. | No. 05-CV-10388-PBS<br><br><u>CLASS ACTION</u> |
| SANDRA V. BIESTERFELDT, et al., On Behalf of Themselves and All Persons Similarly Situated,<br><br>                  Plaintiffs,<br><br>vs.<br><br>EPIX PHARMACEUTICALS, INC., et al.,<br><br>                  Defendants. | No. 05-CV-10559-PBS<br><br><u>CLASS ACTION</u> |

TO: THE CLERK OF COURT AND ALL PARTIES

PLEASE TAKE NOTICE that, effective September 26, 2005, Lerach Coughlin Stoia Geller Rudman & Robbins LLP will have relocated its San Diego office as shown below:

> LERACH COUGHLIN STOIA GELLER
> RUDMAN & ROBBINS LLP
> 655 West Broadway, Suite 1900
> San Diego, CA 92101
> Telephone: 619/231-1058
> 619/231-7423 (fax)

DATED: October 5, 2005

LERACH COUGHLIN STOIA GELLER
 RUDMAN & ROBBINS LLP
WILLIAM S. LERACH
LAURA M. ANDRACCHIO
UDOKA NWANNA


               /s/ William S. Lerach
              WILLIAM S. LERACH

655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)

[Proposed] Lead Counsel for Plaintiffs

SHAPIRO HABER & URMY LLP
THOMAS G. SHAPIRO (BBO #454680)
THEODORE M. HESS-MAHAN (BBO #557109)
53 State Street
Boston, MA 02109
Telephone: 617/439-3939
617/439-0134 (fax)

[Proposed] Liaison Counsel

Q:\Migration\Notice of Address Change SD\Epix Pharm.doc

United States District Court
District of Massachusetts

**COPY**

In Re:   Yorston v. Epix Pharmaceuticals, et al   **Original Already on File**

Case No.  05cv10166 -PBS

Date: 9/28/05

NOTICE OF REJECTION OF FILING

SARIS, U.S.D.J.

This Court issued a standing procedural order requiring electronic case filing in all cases as of April 1, 2005.

In order for your submission to be considered by the Court, you must refile it electronically within three working days of receipt of this order or, seek a waiver of electronic filing by motion to the Court. Your original submission will be retained pending refiling electronically or, submission of a motion for waiver of electronic filing.

Please see this Court's standing procedural order on the District Court web site at http://www.mad.uscourts.gov .

By the Court,

/s/ Christine Patch
Deputy Clerk