UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC.<br><br>SECURITIES LITIGATION | CA No. 1:05-cv-10166-PBS |

## MOTION TO ADMIT PRO HAC VICE

    Now comes Nancy Freeman Gans, a member in good standing of the bar of this Court, and moves the admission in the above-entitled cause of action Lionel Z. Glancy, Esquire and Avi N. Wagner, Esquire, of Glancy Binkow & Goldberg LLP of Los Angeles, California, and Robin B. Howald, Esquire, of Glancy Binkow & Goldberg LLP of New York, NY, and Benjamin J. Sweet, Esquire, of Schiffrin & Barroway, LLP, of Radnor, Pennsylvania.  Attorneys Glancy, Wagner, Howald and Sweet each certify (see Certificates attached to this motion) that (1) he/she is a member of the bar in good standing in all jurisdictions where he/she has been admitted to practice; (2) there are no disciplinary proceedings pending against him/her as a member of the bar in any jurisdiction; and (3) he/she is familiar with the Local Rules of the United States District Court for the District of Massachusetts.

    I have filed an appearance in the above-entitled action.

DATED:    November 15, 2005        Respectfully submitted,

> **MOULTON & GANS, P.C.**
>
> By: /s/ Nancy Freeman Gans
>     Nancy Freeman Gans (BBO #184540)
> 33 Broad Street, Suite 1100
> Boston, Massachusetts  02109-4216
> (617) 369-7979

## *CERTIFICATE OF SERVICE*

     I, Nancy Freeman Gans, hereby certify that a true copy of the above document was served upon all counsel of record on November 15, 2005.

                                             /s/ Nancy Freeman Gans
                                             Nancy Freeman Gans

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:05-cv-10166-PBS<br><br>CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts I, Lionel Z. Glancy hereby certify that:

1. I am a member in good standing of the Bar of the State of California;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:       November 7, 2005

GLANCY BINKOW & GOLDBERG LLP

By: _____
       Lionel Z. Glancy

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:05-cv-10166-PBS<br><br>**CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS** |

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts I, Avi N. Wager hereby certify that:

1. I am a member in good standing of the Bar of the State of California;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated:    October 24, 2005

**GLANCY BINKOW & GOLDBERG LLP**

By: _____
Avi N. Wagner

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:05-cv-10166-PBS<br><br>CERTIFICATION FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL RULE 83.5.3 OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS |

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts I, Robin B. Howald hereby certify that:

1. I am a member in good standing of the bars of the States of California and New York and of all Federal Districts in California and the Eastern and Southern Districts of New York;

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction;

3. I have read and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: November 8, 2005

GLANCY BINKOW & GOLDBERG LLP

By: *Robin B. Howald*
Robin B. Howald

1501 Broadway, Suite 1900
New York, New York 10036
Telephone: (917) 510-0009
Facsimile: (646) 366-0895

**Attorneys for Plaintiff**

CERTIFICATE OF GOOD STANDING

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Benjamin J. Sweet, hereby certify that:

1. I was admitted to the bar of the State of Pennsylvania in October 2001. I am also admitted to the Western District of Pennsylvania and the Courts of Appeals for both the Second and Ninth Circuits.

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. No disciplinary proceedings are pending against me as a member of any bar in any jurisdiction.

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5. My name, firm name, street address, telephone number, fax number and email address are as follows:

> Benjamin J. Sweet
> Schiffrin & Barroway, LLP
> 280 King of Prussia Rd
> Radnor, PA 19087
> (610) 667-7706
> Fax: (610) 667-7056
> bsweet@sbclasslaw.com

Dated: 11/8/05

_____
Benjamin J. Sweet