UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:05-cv-10166-PBS |

**MOTION OF THE DISCIPLINED GROWTH INVESTORS, INC.
AND COMPASS INVESTORS LIMITED PARTNERSHIP
TO WITHDRAW AS LEAD PLAINTIFFS**

Lead Plaintiffs the Disciplined Growth Investors, Inc. and Compass Investors Limited Partnership (collectively "Lead Plaintiffs") hereby move the Court to withdraw as lead plaintiffs in this consolidated litigation and permit the withdrawal of their counsel. As reflected in the attached letter and proof of service (Exhibit A hereto), Lead Plaintiffs have notified counsel for all parties herein of their intention to withdraw, thus, enabling interested parties to renew or otherwise pursue any request for appointment as lead plaintiff.

While they take no position on how this litigation should proceed further, Lead Plaintiffs note that courts have taken divergent views over how to proceed with a litigation, such as the instant litigation, subject to the Private Securities Litigation Reform Act of 1995 (15 U.S.C. § 78u-4(a)(3)(B))'s lead plaintiff procedures. Compare In re Initial Public Offering Sec. Litigg., 214 F.R.D 117, 120 & n. 5 (S.D.N.Y. 2004) (following withdrawal of lead plaintiff, deeming any lead plaintiff application "either (a) filed a complaint in these consolidated actions, as explicitly contemplated by the PSLRA, 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(aa), (b) moved to be appointed lead plaintiff in response to the initial notice of pendency, id., or (c) moved to be appointed lead plaintiff within 60 days of the withdrawal of the previous lead plaintiff" as timely filed); with In re Microstrategy, Inc. Sec. Litig., 110 F. Supp.2d 427, 430 (E.D. Va. 2000) (following withdrawal of lead plaintiff "class members were invited to submit additional motions to be named lead plaintiff"); see also Coopersmith v. Lehman Broth., Inc.,344

1

F.Supp.2d 783, 792-93 (D. Mass. 2004). Thus, irrespective of how the Court elects to proceed, Lead Plaintiffs should permitted to withdraw.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: December 9, 2005 | **MOULTON & GANS, P.C.** |

By:  /s/ Nancy Freeman Gans
       Nancy Freeman Gans, BBO #184540
33 Broad Street, Suite 1100
Boston, Massachusetts 02109
Telephone:    (617) 369-7979
Facsimile:      (671) 369-7980

*Lead Plaintiffs' Liaison Counsel*

**GLANCY BINKOW & GOLDBERG LLP**
Lionel Z. Glancy
Avi N. Wagner
1801 Avenue of the Stars, Suite 311
Los Angeles, CA 90067
Telephone:    (310) 201-9150
Facsimile:      (310) 201-9160

*Lead Plaintiffs' Lead Counsel*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I, Avi N. Wagner of Glancy Binkow & Goldberg LLP, Lead Plaintiffs' Lead Counsel, hereby certify that on December 9, 2005, I spoke with John F. Sylvia, Esquire, Mintz Levin Cohn Ferris Glovsky and Popeo PC, counsel for all named defendants, who does not oppose this Motion.

/s/ Avi N. Wagner
Avi N. Wagner

### CERTIFICATE OF SERVICE

I, Avi N. Wagner, hereby certify that a true copy of the above document was served upon the attorney of record for each party on December 9, 2005.

/s/ Avi N. Wagner
Avi N. Wagner

AVI N. WAGNER
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

## FACSIMILE TRANSMISSION INFORMATION FORM

| FAX RECIPIENT | TELEPHONE | FACSIMILE |
|---|---|---|
| David Pastor/Douglas Hoffman | (617) 742-9700 | (617) 742-9701 |
| Mark Topaz/Richard Maniskas | (610) 667-7706 | (610) 667-7056 |
| Robert M. Roseman | (215) 496-0300 | (215) 496-6611 |
| Thomas Sobol | (617) 482-3700 | (617) 482-3003 |
| Lawrence G. Soicher | (212) 883-8000 | (212) 697-0877 |
| Nancy Freeman Gans | (617) 369-7979 | (617) 369-7980 |
| Jules Brody | (212) 687-7230 | (212) 986-5540 |
| Thomas G. Shapiro<br>Theodore Hess-Mahan | (617) 439-3939 | (617) 439-0134 |
| Samuel H. Rudman/David Rosenfeld | (631) 367-7100 | (631) 367-1173 |
| William S. Lerach/Darren J. Robbins | (619) 231-1058 | (619) 231-7423 |
| Fred Taylor Isquith/Christopher Hinton | (212) 545-4600 | (212) 686-0114 |
| Frank A. Lettieri | (330) 762-2411 | (330) 255-1156 |
| Eric Belfi | (212) 682-1818 | (212) 682-1892 |
| Randall K. Pulliam | (214) 521-3605 | (214) 520-1181 |
| John F. Sylvia/Adam Sisitsky | (617) 542-6000 | (617) 542-2241 |

NUMBER OF PAGES, INCLUDING COVER LETTER:    5

MESSAGE: EPIX.    Please see attached correspondence.

System File No.X:\WP51\EPIX\LETTERS\JFXTOsylvia127200514346.wpd

Please call (310) 201-9150 if you do not receive all of the pages.
DATE AND TIME: Wednesday, December 7, 2005 2:31 pm
WARNING: The information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us at the above address by mail. Thank you. This joint fax cover sheet was generated by Kyaa

```
(WED) DEC  7 2005 16:33
```

| DOCUMENT # | TIME STORED | TIME SENT   | DURATION | TOT. DST | PAGES |
|------------|-------------|-------------|----------|----------|-------|
| 4860130-287| 12. 7 15:53 | 12. 7 15:53 | 14' 37"  | 16       | 5     |

| FIN. | 15 |
|------|----|

| | |
|---|---|
| 16177429701 | 16106677056 |
| 12154966611 | 16174823003 |
| 12126970877 | 16173697980 |
| 12129865540 | 16174390134 |
| 16313671173 | 16192317423 |
| 12126860114 | 13302551156 |
| 12126821892 | 12145201181 |
| 16175422241 | |

| T. B. S. | 1 |
|----------|---|

| | |
|---|---|
| 16173671173 | INTERR |


AVI N. WAGNER
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:     (310) 201-9150
Facsimile:     (310) 201-9160

### FACSIMILE TRANSMISSION INFORMATION FORM

| FAX RECIPIENT | TELEPHONE | FACSIMILE |
|---|---|---|
| David Pastor/Douglas Hoffman | (617) 742-9700 | (617) 742-9701 |
| Mark Topaz/Richard Maniskas | (610) 667-7706 | (610) 667-7056 |
| Robert M. Roseman | (215) 496-0300 | (215) 496-6611 |
| Thomas Sobol | (617) 482-3700 | (617) 482-3003 |
| Lawrence G. Soicher | (212) 883-8000 | (212) 697-0877 |
| Nancy Freeman Gans | (617) 369-7979 | (617) 369-7980 |
| Jules Brody | (212) 687-7230 | (212) 986-5540 |
| Thomas G. Shapiro / Theodore Hess-Mahan | (617) 439-3939 | (617) 439-0134 |
| Samuel H. Rudman/David Rosenfeld | (631) 367-7100 | (631) 367-1173 |
| William S. Lerach/Darren J. Robbins | (619) 231-1058 | (619) 231-7423 |
| Fred Taylor Isquith/Christopher Hinton | (212) 545-4600 | (212) 686-0114 |
| Frank A. Lettieri | (330) 762-2411 | (330) 255-1156 |

# GLANCY BINKOW & GOLDBERG LLP
## ATTORNEYS AT LAW

NEW YORK OFFICE
1501 BROADWAY, SUITE 1900
NEW YORK, NY 10036
TELEPHONE (917) 510-0009
FACSIMILE (646) 366-0895

1801 AVENUE OF THE STARS, SUITE 311
LOS ANGELES, CALIFORNIA 90067

TELEPHONE (310) 201-9150
FACSIMILE (310) 201-9160
info@glancylaw.com

SAN FRANCISCO OFFICE
455 MARKET STREET, SUITE 1810
SAN FRANCISCO, CA 94105
TELEPHONE (415) 972-8160
FACSIMILE (415) 972-8166

<u>Via Facsimile</u>

December 7, 2005

Re:   <u>Withdrawl of Lead Plaintiffs in In re EPIX, Pharmaceticals, Inc. Securities Litigation</u>, No. 1:05-cv-10166-PBS (U.S.D.C. Mass.)

Dear Counsel:

My firm represents lead plaintiffs Disciplined Growth Investors, Inc. and Compass Investors Limited Partnership in <u>In re EPIX, Pharmaceticals, Inc. Securities Litigation</u>, No. 1:05-cv-10166-PBS (U.S.D.C. Mass.), pending before Judge Saris. I write to inform you of my clients' intent to move to withdraw as lead plaintiffs in this litigation. Should you wish to discuss this matter further, do not hesitate to contact me at (310) 201-9150.

Very truly yours,

Avi N. Wagner

**PROOF OF SERVICE VIA FACSIMILE**

      I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 1801 Avenue of the Stars, Suite 311, Los Angeles, California 90067.

      On December 7, 2005, I served the following documents described as:

      Letter re: <u>Withdrawl of Lead Plaintiffs in In re EPIX, Pharmaceticals, Inc. Securities Litigation</u>, No. 1:05-cv-10166-PBS (U.S.D.C. Mass.)

on counsel for the parties in this action, addressed as stated on the attached SERVICE LIST.

      **By Facsimile**: By sending a copy of this document via facsimile to all counsel listed on pleadings in this consolidated litigation.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on December 7, 2005, at Los Angeles, California.

                                                  _____
                                                  Avi N. Wagner

SERVICE LIST
**EPIX Securities Litigation**

**Counsel for Plaintiffs**

David Pastor
Douglas J. Hoffman
Gilman and Pastor
Stonehill Corp. Ctr. 999 Broadway, # 500
Saugus, Massachusetts 01906
Telephone:   (781) 231-7850
Facsimile:   (781) 231-7840

Mark A. Topaz
Richard A. Maniskas
Schiffrin & Barroway, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone:   (610) 667-7706
Facsimile:   (610) 667-7056

Robert M. Roseman
Spector, Roseman & Kodroff, P.C.
1818 Market Street #2500
Philadelphia, PA 19103
Telephone:   (215) 496-0300
Facsimile:   (215) 496-6611

Thomas M. Sobol
Hagens Berman LLP
One Main Street 4th Floor
Cambridge, MA 02142
Telephone:   (617) 482-3700
Facsimile:   (617) 482-3003

Lawrence G. Soicher
Law Offices of Lawrence G. Soicher
305 Madison Avenue, 46th Floor
New York, New York 10165
Telephone:   (212) 883-8000
Facsimile:   (212) 697-0877

Nancy Freeman Gans
Moulton & Gans, P.C.
33 Broad Street, Suite 1100
Boston, Massachusetts 02109
Telephone:   (617) 369-7979
Facsimile:   (617) 369-7980

Jules Brody
Stull Stull & Brody
6 East 45th St 4th Fl
New York, NY 10017
Telephone:   (212) 687-7230
Facsimile:   (212) 986-5540

Thomas G. Shapiro
Theodore M. Hess-Mahan
Shapiro Haber & Urmy, LLP
75 State Street
Boston, Massachusetts 02109
Telephone:   (617) 439-3939
Facsimile:   (617) 439-0134

Samuel H. Rudman
David A. Rosenfeld
Cauley Geller Bowman Coates & Rudman, LLP
200 Broadhollow, Suite 406
Melville, NY 11747
Telephone:   (631) 367-7100
Facsimile:   (631) 367-1173'

William S. Lerach
Darren J. Robbins
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
401 "B" Street, Suite 1700
San Diego, California 92101
Telephone:   (619) 231-1058
Facsimile:   (619) 231-7423

Fred Taylor Isquith
Christopher S. Hinton
Wolf, Haldenstein, Adler,
  Freeman & Herz, LLP
270 Madison Avenue
New York, NY 10016
Telephone:   (212) 545-4600
Facsimile:   (212) 686-0114

Frank A. Letiieri
Brennan Manna & Diamond LLC
75 E. Market Street
Akron, Ohio 44308
Telephone:   (330) 255-1155
Facsimile:   (330) 255-1156

Eric Belfi
Murray Frank & Sailer LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone:   (212) 682-1818
Facsimile:   (212) 682-1892

Randall K. Pulliam
Baron & Budd P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone:   (214) 520-3605
Facsimile:   (214) 521-1181

1

**Counsel for Defendants**

John F. Sylvia
Adam L. Sisitsky
Mintz Levin Cohn Ferris Glovsky and Popeo PC
One Financial Center
Boston, MA 02111
Telephone:    (617) 542-6000

2