**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC. SECURITIES LITIGATION | No. 1:05-cv-10166-PBS |

**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AS LEAD PLAINTIFFS**

Having considered the motion of Disciplined Growth Investors, Inc. and Compass Investors Limited Partnership to withdraw as lead plaintiffs, and good cause appearing therefor, the Court hereby orders that said motion is granted. Disciplined Growth Investors, Inc. and Compass Investors Limited Partnership are relieved of their position as lead plaintiffs and their counsel are relieved of their positions as lead and liaison counsel.

Dated: _____        _____
                                                      The Honorable Patti B. Saris
                                                      United States District Judge