**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In re EPIX PHARMACEUTICALS, INC.   ) | CA No. 1:05-CV-10166-PBS |
| ) | |
| SECURITIES LITIGATION             ) | |
| ) | |

**<u>NOTICE OF WITHDRAWAL OF
LEAD PLAINTIFF MOTION</u>**

EPIX Pharmaceuticals, Inc. (f/k/a EPIX Medical, Inc.) (collectively referred to as "EPIX") institutional investor Oklahoma Firefighters Pension & Retirement System ("Oklahoma Firefighters") respectfully submits this notice of withdrawal of its motion for appointment as lead plaintiff and approval of its selection of lead and liaison counsel originally filed with the Court on March 28, 2005.[1]

On April 11, 2005, Oklahoma Firefighters filed a motion of non-opposition regarding the Disciplined Investors Group's motion for appointment as lead plaintiff. Oklahoma Firefighters now respectfully withdraws its motion for appointment as lead plaintiff.

Dated: December 12, 2005              Respectfully submitted,

**GILMAN AND PASTOR, LLP**

By: /s/ David Pastor
David Pastor (BBO# 391000)
60 State Street
37th Floor
Boston, MA 02109
Telephone:  (617) 742-9700
Facsimile:  (617) 742-9701

**Proposed Liaison Counsel**

**SCHIFFRIN & BARROWAY, LLP**
Stuart L. Berman
Sean M. Handler
Robin Winchester
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:  (610) 667-7056

**Proposed Lead Counsel**

---

[1] On March 28, 2005, competing motions were filed by: the Disciplined Growth Investors Group; Alaska Electrical Pension Fund; and Yale Tolwin, Walter J. Swindell, Douglas S. and Catherine M. Piper, Peter Kersloot, Rod Rogers, James E. Kohl and Mary M. and Scott Weber (the "Tolwin Group").

00007173.WPD ; 1