UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE EPIX PHARMACEUTICALS, INC.<br>SECURITIES LITIGATION | CIVIL ACTION<br>NO.  05-10166-PBS |

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                                              December 30, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re Motion to of Disciplined Growth Investors., Inc. and Compass Investors Limited Partnership to Withdraw as Lead Plaintiffs on **January 31, 2006**, at **4:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                    By the Court,

                    _/s/ Robert C. Alba_
                    Deputy Clerk

Copies to:  All Counsel