UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

IN RE EPIX PHARMACEUTICALS, INC.
SECURITIES LITIGATION

CIVIL ACTION
NO: 05-10166-PBS

ORDER OF DISMISSAL

SARIS, D.J.

For failure of the Plaintiff to prosecute the above-entitled action, this case is hereby dismissed without prejudice.

_____
Patti B. Saris
United States District Judge

January 31, 2006

To: All Counsel